JULIE A. GOLDBERG, ESQ., SBN 235565
GOLDBERG & ASSOCIATES
5586 Broadway, Third Floor
Bronx, NY 10463
Tel: (718) 432-1022
Email: ecf@goldbergimmigration.com

*Attorney for Plaintiffs*

UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.M.Q.A., et al.<br><br>Plaintiffs,<br><br>v.<br><br>MONICA B. LUGO, et al.<br><br>Defendants. | Case No. 1:20-cv-01556-NONE-EPG<br><br>**STIPULATION AND ORDER RE: EXTENSION OF TIME**<br><br>(ECF No. 25) |

    Plaintiffs, by and through their attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate as follows:

    Plaintiffs have filed Freedom Information Act Request with the United States Department of Homeland Security and just received a response on September 10, 2021. Moreover, Plaintiffs' Counsel was diagnosed with Covid-19 two weeks ago, and was not able to complete the Response to the Notice of Intent to Deny before September 21, 2021.

    Accordingly,

    (1)    Plaintiffs will submit a letter (further response) to the Notices of Intent to Deny ("NOIDs") to United States Citizenship and Immigration Services ("USCIS") for Plaintiffs' Form N-600K applications on or before October 22, 2021.

(2) USCIS will then issue final decisions on the Plaintiffs' N-600K applications within sixty (60) days of receipt of the Plaintiffs' response.

(3) Upon USCIS issuance of final decisions on Plaintiffs' N-600K applications, the parties will meet and confer and propose a schedule on any remaining matters and file a Joint Status Report addressing whether the case is ready for scheduling and the parties' availability to conduct a scheduling conference or any outstanding issues for the Court's attention.

(4) The parties respectfully ask the Court to vacate the current filing date of a Joint Status Report scheduled for December 6, 2021.

Dated: September 30, 2021          Respectfully Submitted,

                                            GOLDBERG & ASSOCIATES

                               By:     /s/ Julie Goldberg
                                                     Julie A. Goldberg, Esq.
                                                     *Attorney for Plaintiffs*

                                                     PHILLIP A. TALBERT
                                                     Acting United States Attorney

Dated: September 30, 2021                 /s/ Edward A. Olsen
                                                     Edward A. Olsen, Esq.
                                                     Assistant United States Attorney

**ORDER**

Having considered the parties' stipulation (ECF No. 25), the Court will deny the parties' request to vacate the deadline for filing a joint status report but will grant an extension of the deadline.

Accordingly, IT IS HEREBY ORDERED that the parties shall meet and confer and file a joint status report on or before January 6, 2021, or fourteen days after USCIS issues final decisions on Plaintiffs' N-600K applications, whichever is earlier. The parties' joint status report shall address whether the case is ready for scheduling and the parties' availability to conduct a scheduling conference, as well as any other matters that the parties would like to bring to the Court's attention. All other terms of the Court's order staying the case (ECF No. 24) remain in effect.

IT IS SO ORDERED.

Dated:   **October 4, 2021**                    /s/

MAGISTRATE JUDGE                              UNITED STATES