JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
3467 W. Shaw Ave., Ste 100
Fresno, CA  93711
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Daniel Garcia Cervantes,<br><br>            Plaintiff,<br><br>    vs.<br><br>Martin O'Malley, Commissioner of Social Security[1],<br><br>            Defendant. | Case No. 1:20-cv-01446-JLT-BAM<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR EXTENSION OF TIME |

Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 14-day extension of time, from August 9, 2024 to August 23, 2024, for Plaintiff to serve on defendant with PLAINTIFF'S

---

[1] Martin O'Malley became the Commissioner of Social Security on December 20, 2023. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Martin O'Malley should be substituted for Kilolo Kijakazi as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1

OBJECTIONS TO FINDINGS AND RECOMMENDATIONS .  All other dates in the Court's Scheduling Order shall be extended accordingly.

     This is Plaintiff's first request for an extension of time.  Plaintiff respectfully states that the requested extension is necessary due several merit briefs being due on the same week.  For the weeks of August 5, 2024 and August 12, 2024, Plaintiff's Counsel has seven Merit briefs and one Reply brief due. Counsel requires additional time to brief the issues thoroughly for the Court's consideration. Defendant does not oppose the requested extension.  Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

                            Respectfully submitted,

Dated: August 9, 2024    PENA & BROMBERG, ATTORNEYS AT LAW

                          By: */s/ Jonathan Omar Pena*
                               JONATHAN OMAR PENA
                               Attorneys for Plaintiff

Dated: August 9, 2024          PHILLIP A. TALBERT
                               United States Attorney
                               MATHEW W. PILE
                               Associate General Counsel
                               Office of Program Litigation
                               Social Security Administration

                        By:  */s/ Sathya Oum*
                               Sathya Oum
                               Special Assistant United States Attorney
                               Attorneys for Defendant
                               (*As authorized by email on August 9, 2024)

# **ORDER**

Pursuant to stipulation and good cause appearing, Plaintiff shall serve and file his Objections to the Court's Findings and Recommendations on or before **August 23, 2024**.

IT IS SO ORDERED.

Dated: **August 12, 2024**  /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE